**D.LAW, INC.**
Natalie Haritoonian (SBN 324318)
n.haritoonian@d.law
Andrea A. Amaya Silva (SBN 348080)
a.amaya@d.law
250 N. Madison Ave 2nd Floor
Pasadena, CA 91101
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiff RICHARD ANTHONY YBARRA,
on behalf of himself and others similarly situated

*[Additional Counsel on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY YBARRA, an individual on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>HYATT CORPORATION dba HYATT REGENCY SAN FRANCISCO AIRPORT, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 3:25-cv-04101-RFL<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION AND DISCOVERY RELATED DEADLINES**<br><br>Assigned for All Purposes To:<br>Hon. District Judge Rita F. Lin<br><br>[*Removed from San Mateo Superior Court, Case No. 25-CIV-01067*]<br><br>Complaint Filed:  February 6, 2025<br>Removal Filed:    May 12, 2025 |

**SEYFARTH SHAW LLP**
Brian P. Long (SBN 232746)
bplong@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

**SEYFARTH SHAW LLP**
Michael Afar (SBN 298990)
mafar@seyfarth.com
Sofya Perelshteyn (SBN 320931)
sperelshteyn@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
HYATT CORPORATION dba
HYATT REGENCY SAN FRANCISCO AIRPORT

JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION AND DISCOVERY RELATED
DEADLINES

**STIPULATION**

Plaintiff RICHARD ANTHONY YBARRA ("Plaintiff") and Defendant HYATT CORPORATION dba HYATT REGENCY SAN FRANCISCO AIRPORT ("Defendant"), (together with Plaintiff "the Parties"), by and through their respective counsel of record, hereby enter into this Joint Stipulation to Continue Plaintiff's Class Certification Filing Deadline and discovery related deadlines ("Stipulation"):

**WHEREAS**, Plaintiff filed his Complaint on February 6, 2025, in the San Mateo Superior Court alleging various wage and hour violations against Defendant.

**WHEREAS**, Defendant removed this action to this Court on May 12, 2025.

**WHEREAS**, on January 8, 2026, the Court deemed *Hasty v, Hyatt Corporation*, Case No. 25-cv-2662 ("*Hasty* Matter"), which is currently pending in this Court, related to this matter (Dkt. 36);

**WHEREAS,** during the Initial Case Management Conference on February 11, 2026, the Court ordered the Parties to meet and confer regarding the current briefing schedule and to stipulate to extend the briefing schedule until after the Court has issued a ruling regarding class certification in the related *Hasty* Matter (Dkt. 43);

**WHEREAS,** the Parties stipulated and on February 20, 2026, the Court granted the following schedule: Plaintiff's expert disclosures deadline: June 5, 2026; Defendant's expert disclosures deadline is July 31, 2026; Deadline for Motion for Class Certification is August 31, 2026; Opposition to Motion for Class Certification is October 12, 2026; Reply to Motion for Class Certification is November 9, 2026. (Dkt. 46.)

**WHEREAS,** given that the Parties in the related *Hasty* matter requested a 45-day extension to the *Hasty* class certification deadlines that overlap with the current deadlines set in this Action, the Court will not issue a ruling in the *Hasty* matter prior to the filing of the Class Certification Motion in this Action.

**WHEREAS,** on November 24, 2025, Plaintiff served Interrogatories and Requests for Production of Documents to Defendant. In anticipation of any concerns regarding the privacy of third parties that might be raised by Plaintiff's discovery, Plaintiff proposed a privacy notice and

3

provided Defendant with a draft notice with the discovery propounded. On December 24, 2025, Defendant provided discovery responses. On February 17, 2026, the Parties agreed to the Belaire West notice and Defendant confirmed that the entire class list will be produced. On February 23, 2026, Plaintiff initiated correspondence with Apex, a third-party administrator, to administer the opt out privacy notice.

**WHEREAS**, Plaintiff has also served discovery requesting putative class members' time and pay data. The Parties are currently evaluating potential ADR for this case and are also meeting and conferring regarding the production of the class list and the time and pay data.

**WHEREAS,** the Parties are also meeting and conferring regarding the filing of a First Amended Complaint to add an additional Plaintiff and two additional causes of action to this matter.

**WHEREAS**, given the extension to the deadlines in the *Hasty* related matter and the current stage of the discovery process, the Parties have now agreed to extend all class certification and discovery related deadlines by approximately 150 days. Plaintiff's new deadline to file his motion for class certification would be January 28, 2027, Plaintiff's expert disclosures deadline would be November 2, 2026, Defendant's expert disclosures deadline would be December 28, 2026, Defendant's opposition is due to March 11, 2027, Plaintiff's reply is due April 8, 2027.

**IT IS STIPULATED AND AGREED,** by and between the Parties hereto, through their counsel of record, to request that the Court enter an order as follows:

1. Plaintiff's expert disclosures deadline is continued to November 2, 2026;
2. Defendant's expert disclosures deadline is continued to December 28, 2026;
3. Deadline for Motion for Class Certification is continued to January 28, 2027;
4. Defendant's opposition is continued to March 11, 2027;
5. Reply to Motion for Class Certification is April 8, 2027.
6. By signing this stipulation, counsel of record for Plaintiff and Defendant represent that they have full authority from their respective clients to enter into this stipulation;

///

4

THEREFORE, the Parties respectfully request that the Court continue the deadline for filing the Motion for Class Certification and all related deadlines as outlined in this stipulation, or a date thereafter as convenient for the Court.

IT IS SO STIPULATED.

DATED:  July 2, 2026

**D.LAW, INC.**

By: */s/ Andrea Amaya Silva*
Natalie Haritoonian
Andrea Amaya Silva
Attorneys for Plaintiff RICHARD
ANTHONY YBARRA, on behalf of himself
and all others similarly situated

DATED:  July 2, 2026

**SEYFARTH SHAW LLP**

By: */s/ Michael Afar*
Brian P. Long
Michael Afar
Sofya Perelshteyn
Attorneys for Defendant HYATT
CORPORATION dba HYATT REGENCY
SAN FRANCISCO AIRPORT

5