UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY YBARRA, an individual on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>HYATT CORPORATION dba HYATT REGENCY SAN FRANCISCO AIRPORT, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 4:25-cv-04101-RFL<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION AND DISCOVERY RELATED DEADLINES**<br><br>(San Mateo Superior Court, Case No. 25-CIV-01067)<br><br>Complaint Filed: February 6, 2025<br>Removal Filed: May 12, 2025 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION AND DISCOVERY RELATED DEADLINES

## **ORDER**

Based on the Joint Stipulation of Plaintiff RICHARD ANTHONY YBARRA ("Plaintiff") and Defendant HYATT CORPORATION dba HYATT REGENCY SAN FRANCISCO AIRPORT ("Defendant"), IT IS HEREBY ORDERED that, based on the terms and conditions set forth therein:

1. All Class Certification and discovery related deadlines are continued by 150 days as follows:

   a. Plaintiff's expert disclosures deadline is continued to November 2, 2026;

   b. Defendant's expert disclosures deadline is continued to December 28, 2026;

   c. Deadline for Motion for Class Certification is continued to January 28, 2027;

   d. Defendant's opposition is continued to March 11, 2027

   e. Reply to Motion for Class Certification is April 8, 2027.

**IT IS SO ORDERED**.

Dated: July 6, 2026

By: _____
Rita F. Lin
United States District Judge